IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARPU VENUGOPAL,

    Plaintiff,

  v.

CITIBANK, NATIONAL ASSOCIATION, an FDIC insured corporation and DOES 1 through 100, inclusive,

    Defendants.
_____/

No. C 12-2452 CW

ORDER GRANTING IN PART PLAINTIFF'S EX PARTE APPLICATION (Docket No. 17)

    Having considered Plaintiff's <u>ex parte</u> application to restrict access to the Notice of Removal filed at Docket No. 1, the Court grants the motion in part. The Clerk shall restrict access to Exhibits A through C, attached to the Complaint accompanying the Notice of Removal. Plaintiff shall file, within two days, Exhibits A through C of the Complaint with the redactions necessary to comply with Federal Rule of Civil Procedure 5.2.

    IT IS SO ORDERED.

Dated: 6/26/2012

CLAUDIA WILKEN
United States District Judge