IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARPU VENUGOPAL,<br><br>    Plaintiff,<br><br>  v.<br><br>CITIBANK, NATIONAL ASSOCIATION,<br>an FDIC insured corporation and<br>DOES 1 through 100, inclusive,<br><br>    Defendants.<br>_____/ | No. C 12-2452 CW<br><br>ORDER GRANTING IN PART PLAINTIFF'S EX PARTE APPLICATION<br>(Docket No. 17) |

    Having considered Plaintiff's <u>ex parte</u> application to restrict access to the Notice of Removal filed at Docket No. 1, the Court grants the motion in part. The Clerk shall restrict access to Exhibits A through C, attached to the Complaint accompanying the Notice of Removal. Plaintiff shall file, within two days, Exhibits A through C of the Complaint with the redactions necessary to comply with Federal Rule of Civil Procedure 5.2.

    IT IS SO ORDERED.

Dated: 6/26/2012

                                    CLAUDIA WILKEN<br>                                    United States District Judge